# United States Bankruptcy Court
## Western District of Louisiana
### Shreveport Division

In re: __Monika Shavon Dunking__  Case Number : __1110454__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __National Capital Management, LLC.__ | __SANTANDER CONSUMER USA, INC__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

National Capital Management, LLC
P.O. Box 12786
Norfolk, VA 23541

Court Claim # (if known): __03__
Amount of Claim: __12,803.04__
Date Claim Filed: __03/10/2011__

Phone: __877-829-8298__
Last Four Digits of Acct. #: __1000__

Phone: __888-437-4846__
Last Four Digits of Acct. #: __7877__

Name and Address where transferee payments should be sent (if different from above):
National Capital Management, LLC
P.O. Box 41117
Norfolk, VA 23541
Phone: __877-829-8298__

Last Four Digits of Acct #: __1000__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Christopher M. Wall - Director of Operations__  Date: __1/12/2013__
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.