# United States Bankruptcy Court

WESTERN DISTRICT OF LOUISIANA

In Re:  
MONIKA SHAVON DUNKING

Case No. 1110454

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | National Capital Management, LLC |
| ------------------------------------------ | ------------------------------------------ |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 3<br>Amount of Claim: $12,803.04<br>Date Claim Filed: 03/10/2011 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 1000 | Phone:<br>Last Four Digits of Acct #: 1000 |
| Name and Address where transferee payments Should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Seller Information<br>National Capital Management, LLC<br>8245 Tournament Drive Ste 230<br>Memphis TN 38125 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 1000 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dolores Garcia  
    -------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 5/8/2014

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Exhibit 1 to
Purchase and Sale Agreement dated March 25, 2014

BILL OF SALE

National Capital Management, LLC ("Seller"), in consideration of a Purchase Price of ▮ and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled ▮ (which may be in electronic form) to Portfolio Recovery Associates, LLC ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Purchase and Sale Agreement, dated as of March 25, 2014 by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

The Cutoff Date for the Sale File was January 15, 2014. The aggregate Account Sale Balance of the Accounts as of the Cutoff Date was ▮ .

NATIONAL CAPITAL MANAGEMENT, LLC

By: _____
Name: James A. Cash
Title: CFO